# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DENNIS WATTS,

    Plaintiff,

v.                                        Case No.:  3:21-cv-415-BJD-JBT

BARENTZ NORTH AMERICA,
LLC, a Foreign Limited Liability
Company,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. No. 25; Stipulation) filed on December 21, 2021.  In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice.  See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

    1.    This case is **DISMISSED with prejudice.**

    2.    Each party shall bear its own costs and fees.

    3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

- 2 -

**DONE** and **ORDERED** in Jacksonville, Florida this __*3rd*__ day of January, 2022.

                                             BRIAN J. DAVIS
                                        United States District Judge

*Copies to:*

Counsel of Record

*ap*